IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DERICK STYRON JONES,

       Appellant,

 v.

Case No. 5D21-2662
LT Case No. 2020-305102-CFDB

STATE OF FLORIDA,

       Appellee.
_____/

Decision filed December 27, 2022

Appeal from the Circuit Court
for Volusia County,
Dennis Craig, Judge.

Michael S. Tuma, of Michael S. Tuma, P.A.,
Deland, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock McGuigan,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

    AFFIRMED.


EDWARDS, EISNAUGLE and HARRIS, JJ., concur.